No. 01–6339.  MARABLE *v.* HINKLE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 01–6341.  POTEET *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–6356.  NORRIS *v.* OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION.  Sup. Ct. Ore.  Certiorari denied.

No. 01–6361.  ALEXANDER *v.* SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–6369.  SCARVER *v.* FEDERAL BUREAU OF INVESTIGATION.  C. A. 2d Cir.  Certiorari denied.

No. 01–6375.  BEHRING *v.* BRAVO, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–6390.  JOHNSON *v.* MCCLUNG, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 01–6400.  TENSLEY *v.* MASCHNER.  C. A. 8th Cir.  Certiorari denied.

No. 01–6406.  CISNEROS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–6426.  LINDSEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–6455.  WOLF *v.* NORTHWEST INDIANA SYMPHONY SOCIETY.  C. A. 7th Cir.  Certiorari denied.

No. 01–6473.  CARTER *v.* CARLTON, WARDEN.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 01–6478.  WILLIAMSON *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 01–6481.  MALCOM *v.* KENNEY, WARDEN.  C. A. 8th Cir. Certiorari denied.